DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORESCUE FAMILY FOUNDATION,**
Appellant,

v.

**JOSHUA RIZACK,** as Plan Administrator of the Post- Confirmation Estate of West End Financial Advisors, LLC, **SHARON GUSTAFSON,** Personal Representative of the **Estate of Barry Florescue, DENNIS FOGARTY, PAT FOGARTY, THE GORDON FUND, RICHARD KIRSHNER, CHARLES MAHL, MAHL FAMILY TRUST, DONALD MACRITCHIE, DARREN CONTE, MICHAEL RAOUNAS, THOMAS REED, PETER F. RYAN, THE PETER F. RYAN ROLLOVER IRA, JAQUITH HOLDINGS, INC., JAQUITH HOLDINGS, INC. PROFIT SHARING PLAN, RYAN FAMILY TRUST, SIGNATURE BANK, N.A., CHRIS EFSTRATIOU, CHARLES LIGGIO, STEVEN GOULD, PERSONAL REPRESENTATIVE OF THE ESTATE OF STANLEY KREITMAN** and **WILLIAM LANDBERG,**
Appellees.

No. 4D19-622

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-15-000367.

Lindsay Patrick Lopez and Bradley A. Muhs of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., St. Petersburg, for appellant.

Kristen M. Fiore and Melanie Kalmanson of Akerman LLP, Tallahassee, Steven R. Wirth of Akerman LLP, Tampa, and Christine B. Gardner of Akerman LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER and FORST, JJ. and WALSH, LISA S., Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*